# PD-0198-15

NO. _01-13-00942-CR_

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 19 2015
Abel Acosta, Clerk

## IN THE COURT OF CRIMINAL APPEALS

## OF THE STATE OF TEXAS

**ERIC TENNELL**, Appellant

VS.

**THE STATE OF TEXAS**, Appellee

## PETITIONER'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW ERIC TENNELL, Petitioner, and files this motion for an extension of time in which to file his petition for discretionary review. In support of this motion, Petitioner shows the court the following:

FILED IN
COURT OF CRIMINAL APPEALS
FEB 20 2015
Abel Acosta, Clerk

**I**

This appeal lies from the Petitioner's conviction in *The State of Texas v. ERIC TENNELL* which was affirmed by the First Court of Appeals in Cause No. 01-13-00942-CR on January 29, 2015. This is Petitioner's first request for an extension to file the petition for discretionary review.

**II**

Petitioner is presently incarcerated in TDCJ and received the Court of Appeals